UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>MATILDA PASSINI, et al.,<br><br>    Defendants. | No.  2:  17-cv-0076 KJN P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

On January 12, 2017, plaintiff filed a notice of removal pursuant to 28 U.S.C. § 1441. Plaintiff requests that a civil action filed by plaintiff in the Solano County Superior Court be removed to this court.

Title 28 U.S.C. § 1441 provides that only defendants may seek removal.  Because plaintiff is not authorized to remove this action, the undersigned recommends that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 19, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Will76.dis

2